IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MICHAEL MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>D. POWELL, et al.,<br><br>    Defendants. | No. 2:20-CV-01005-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for a jury trial. ECF No. 21. Plaintiff seeks a jury trial on his allegations of excessive force by correctional officers. Id. The Plaintiff and Defendant, however, have already demanded a jury trial in their pleadings. See ECF No. 1 at 1; ECF No. 15 at 4. The parties have satisfied Federal Rule of Civil Procedure 38 in including a jury demand in their pleadings. Fed. R. Civ. P. 38(b)(1). If this case reaches trial, a jury will be empaneled. Plaintiff's motion is denied as unnecessary.

IT IS SO ORDERED.

Dated: December 22, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE