IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MICHAEL MILLER, | Case No. 2:20-cv-1005-DMC-P |
| Plaintiff, | |
| v. | |
| D. POWELL, | ORDER |
| Defendant. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Defendant's motion to stay merits-based discovery pending resolution of Defendant's motion for summary judgment on exhaustion grounds. ECF No. 20. Good cause appearing, the Court GRANTS Defendant's motion to stay merits-based discovery and to vacate the discovery and dispositive motion deadlines in the discovery and

///
///
///
///
///
///
///

1

scheduling order (ECF No. 16) pending resolution of Defendant's motion for summary judgment (ECF No. 19). In the event summary judgment is denied, the Court will address whether it is then appropriate to reopen discovery and reset the deadlines.

IT IS SO ORDERED.

Dated:  December 22, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE